**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas Edward BURWELL,
Defendant–Appellant.**

No. 09–6773.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2009.

Decided: Aug. 10, 2009.

Thomas Edward Burwell, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Edward Burwell appeals the district court's order denying his motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burwell,* No. 3:04–cr–00111–REP–1 (E.D.Va. Mar. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*